**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Michael Jean TRAHAN, Defendant– Appellant.**

No. 03–30984
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 21, 2004.

Glen R. Petersen, Assistant US Attorney, US Attorney's Office, Baton Rouge, LA, for Plaintiff–Appellee.

Michael Jean Trahan, Oakdale, LA, pro se.

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:*

Counsel appointed to represent Michael Jean Trahan has moved for leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87

---

S.Ct. 1396, 18 L.Ed.2d 493 (1967). Trahan has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.